UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEAUDRA CONRAD WILLIAMS, | No. 2:19-cv-0605 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| OGNJEN PETRAS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner who is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983 against Dr. Ognjen Petras on an Eighth Amendment medical indifference claim. Upon receipt of defendant's answer, the Court stayed this case and referred it to the post-screening ADR project. (ECF No. 25.) The referral order gives defense counsel the option to opt-out of the ADR project:

> There is a presumption that all post-screening prisoner civil rights cases assigned to the undersigned will proceed to settlement conference.[] However, if after investigating plaintiff's claims and speaking with plaintiff, and after conferring with defense counsel's supervisor, defense counsel in good faith finds that a settlement conference would be a waste of resources, defense counsel may move to opt out of this pilot project. A motion to opt out must be filed within sixty days of the date of this order.

On August 24, 2020, defendant moved to opt-out of the ADR project on the ground that he had not yet been able to obtain a copy of plaintiff's medical records despite having mailed two requests for authorization to plaintiff. (ECF No. 26.) In addition, defense counsel contends that a

1

settlement conference would not be fruitful "because we believe the medical records will refute the allegations and show Plaintiff's claims are false." Plaintiff objects to defendant's motion and submits copies of his medical records. (ECF No. 28.)

Since defendant's decision to opt out was premised, in part, on his inability to obtain a copy of plaintiff's medical records, IT IS HEREBY ORDERED that defendant shall submit a supplemental response within ten days from the date of this order informing the Court whether he wishes to proceed with his motion to opt-out of the ADR project now that plaintiff has provided a copy of those records.

Dated: December 7, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7
DB/Inbox/Routine/will0605.adr supp

2