UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEAUDRA CONRAD WILLIAMS, | No. 2:19-cv-0605 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| OGNJEN PETRAS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that Dr. Ognjen Petras violated plaintiff's Eighth Amendment rights by failing to inform plaintiff that he had diabetes, failed to instruct him about limiting his carbohydrate intake, failed to monitor his condition, and failed to address treatment options. As a result, plaintiff suffered a nearly fatal diabetic coma. Following receipt of defendant's answer, this case was referred to the post-screening ADR project. Defendant now moves to opt out of the project. After reviewing the motion, the court finds good cause to grant defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 26) is granted, and the stay of this action is lifted;

2. Plaintiff's motion for a scheduling order (ECF No. 33) is granted; and

////

1

3. By separate order, the court will set a schedule for this case.

Dated:  January 29, 2021

/DLB7;
DB/Inbox/Routine/will0605.optout.post.answer

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2