UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEAUDRA CONRAD WILLIAMS,

Plaintiff,

v.

OGNJEN PETRAS, et al.,

Defendants.

No. 2:19-cv-0605 KJM DB P

ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER

Plaintiff, a state prisoner, proceeds in this civil rights action pursuant to 42 U.S.C. § 1983 against Dr. Ognjen Petras on an Eighth Amendment medical indifference claim. On July 22, 2021, defendant moved for an order modifying the court's Discovery and Scheduling Order dated January 29, 2021 (ECF No. 37) to extend the deadline for filing a summary judgment motion by a period of at least 30 days. In addition, on May 20, 2021, plaintiff moved for a 60-day extension of the discovery deadline on the basis that plaintiff's legal mail was taking three weeks to arrive from the date of post. Because of this delay, plaintiff was unable to timely serve his final discovery requests. Good cause appearing, the court modifies the discovery and scheduling order as follows.

IT IS HEREBY ORDERED:

1. Plaintiff's motion for an extension of time (ECF No. 39) is granted as set forth herein;

////

2. Defendant's motion to modify the dispositive motion deadline (ECF No. 41) is granted as set forth herein;

3. The parties may conduct discovery until October 22, 2021. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Federal Rules of Civil Procedure 31, 33, 34 or 36 shall be served not later than sixty days prior to that date. All pretrial motions, other than motions to compel discovery, shall be filed on or before November 22, 2021. All other terms of the discovery and scheduling order dated January 29, 2021 remain in effect.

Dated: July 27, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
will0605.36disc