UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEAUDRA CONRAD WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>OGNJEN PETRAS, et al.,<br><br>Defendants. | No.  2:19-cv-0605 KJM DB P<br><br><br>ORDER EXTENDING DISPOSITIVE MOTION DEADLINE |

Plaintiff, a state prisoner, proceeds under 42 U.S.C. § 1983 against Dr. Ognjen Petras on an Eighth Amendment medical indifference claim. Defendant has moved to extend the deadline for filing a dispositive motion by a period of at least 30 days.

Good cause appearing, IT IS HEREBY ORDERED:

1. Defendant's motion to modify the dispositive motion deadline (ECF No. 45) is GRANTED; and

2. The deadline for filing a dispositive motion in this case is extended to 30 days from the date of this order.

Dated:  November 30, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
will0605.36dso2

1