UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEAUDRA CONRAD WILLIAMS,<br><br>           Plaintiff,<br><br>      v.<br><br>OGNJEN PETRAS, et al.,<br><br>           Defendants. | No.  2:19-cv-0605 KJM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner, proceeds under 42 U.S.C. § 1983 against Dr. Ognjen Petras on an Eighth Amendment medical indifference claim. On December 30, 2021, defendant filed a motion for summary judgment. (ECF No. 48.) Subsequently, plaintiff's notice of change of address was entered on January 5, 2022. (ECF No. 49.) Thus, while defendants' motion for summary judgment was properly served, it is not clear whether the motion reached plaintiff at his prior address of record.

Good cause appearing, IT IS ORDERED that within 10 days of the date of this order defendant shall reserve the motion for summary judgment on plaintiff at his current address of record and file proof of such service with the court.

Dated:  January 14, 2022

DLB7
will0605.reserve

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE