UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEAUDRA CONRAD WILLIAMS, | No. 2:19-cv-0605 KJM DB P |
| Plaintiff, | |
| v. | ORDER REQUIRING RESPONSE |
| OGNJEN PETRAS, | (14-day deadline) |
| Defendant. | |

Discovery has closed and the time for filing dispositive motions has expired.[1] Before the court sets a further schedule for this litigation, including due dates for pretrial statements, the court inquires as to the parties' positions on the usefulness of scheduling a settlement conference.[2]

///
///
///
///

---

[1] Defendant filed a motion for summary judgment but later withdrew the motion. (ECF Nos. 48, 57.)

[2] This case was previously referred to the court's Post-Screening ADR Project but no settlement conference was held. (ECF Nos. 25, 26, 29.)

1

1    Good cause appearing, IT IS HEREBY ORDERED that within 14 days of the date of this
2 order, each party shall separately file a notice briefly stating whether the party believes
3 scheduling a settlement conference would be useful at this time.
4 Dated:  May 26, 2022

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
will0605.adr

2