1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    THEAUDRA CONRAD WILLIAMS,              No.  2:19-cv-0605 KJM DB P

12            Plaintiff,

13        v.                                 ORDER REFERRING CASE TO POST-
                                             SCREENING ADR PROJECT AND
14    OGNJEN PETRAS,                          STAYING CASE FOR 120 DAYS

15            Defendants.

16

17        Plaintiff, a state prisoner, proceeds without counsel under 42 U.S.C. § 1983. This case was

18    previously referred to the court's Post-Screening ADR Project although no settlement conference

19    was held as a result of that referral. (See ECF Nos. 25, 26, 29.) Recently, plaintiff and defendant

20    both separately indicated a settlement conference may be useful at this time. (ECF Nos. 61, 62.)

21    Thus, the court stays this action for a period of 120 days to allow the parties to meet and confer

22    further and then participate in a settlement conference.

23        Once the settlement conference is scheduled, at least seven days prior to the conference,

24    the parties shall submit to the settlement judge a confidential settlement conference statement.

25    The parties' confidential settlement conference statements shall include the following: (a) names

26    and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short

27    procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts

28    made to investigate the allegations; and (e) a discussion of the efforts that have been made to

1

1   settle the case. Defendant shall e-mail the settlement conference statement to the settlement

2   judge's e-mail box for proposed orders, available on the court's website. Plaintiff shall place the

3   settlement conference statement in the U.S. mail addressed to the settlement conference judge,

4   United States District Court, 501 I Street, Sacramento, CA  95814. Plaintiff shall mail the

5   settlement conference statement so that it is received by the court at least seven days before the

6   settlement conference.

7          In accordance with the above, IT IS HEREBY ORDERED:

8          1.  This action is stayed for 120 days to allow the parties an opportunity to settle their

9   dispute before further pretrial proceedings. Except as provided herein or by subsequent court

10   order, no other pleadings or other documents may be filed in this case during the stay of this

11   action.

12          2.  At least seven days prior to the settlement conference, each party shall submit a

13   confidential settlement conference statement, as described above, to the settlement judge.

14   Defendant shall e-mail the settlement conference statement to the settlement judge's proposed

15   orders e-mail address. Plaintiff shall place the settlement conference statement in the U.S. mail

16   addressed to the settlement judge, United States District Court, 501 I Street, Sacramento, CA

17   95814. Plaintiff shall mail the settlement conference statement so that it is received by the court at

18   least seven days before the settlement conference.

19          3.  If a settlement is reached at any point during the stay of this action, the parties shall file

20   a Notice of Settlement in accordance with Local Rule 160.

21          4.  The parties remain obligated to keep the court informed of their current addresses at all

22   times during the stay and while the action is pending. Any change of address must be reported

23   promptly to the court in a separate document captioned for this case and entitled "Notice of

24   Change of Address." See L.R. 182(f).

25   Dated:  June 27, 2022

26

27

28   DLB7
     will0605.adr.post answer2

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2