1  ROB BONTA
   Attorney General of California
2  IVETA OVSEPYAN
   Supervising Deputy Attorney General
3  CHERYL W. HSU
   Deputy Attorney General
4  State Bar No. 217083
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-6514
    Fax: (916) 322-8288
7   E-mail: Cheryl.Hsu@doj.ca.gov
   *Attorneys for Defendant Ognjen Petras*
8

9  Theaudra Conrad Williams, CDCR C-47938
   California Health Care Facility - Stockton
10 P.O. Box 213040
   Stockton, CA 95213
11 *Plaintiff in Pro Se*

12

13                IN THE UNITED STATES DISTRICT COURT

14             IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

15                             CIVIL DIVISION

16

17 | **THEAUDRA CONRAD WILLIAMS,** | Case No.: 2:19-CV-00605 KJM DB P |
   |---|---|
18 | Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER** |
19 | v. | |
20 | | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
21 | **OGNJEN PETRAS, et al.**, | |
22 | Defendants. | Trial Date:    TBD<br>Action Filed: April 8, 2019 |

23

24 / / /

25 / / /

26 / / /

27

28

                                    1

Plaintiff Theaudra Conrad Williams and Defendant Ognjen Petras stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation includes a dismissal of any claims against any past and future defendants mentioned in the pleadings and motions filed in this case.

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: October 4, 2022

/s/ Theaudra Conrad Williams
THEAUDRA CONRAD WILLIAMS
Plaintiff in pro se

Dated: November 1, 2022

/s/ Cheryl W. Hsu
CHERYL W. HSU
Deputy Attorney General
Attorneys for Defendant Ognjen Petras

---

It is so ordered.

Dated: November 8, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
will0605.stip.dism

2

Stip. Voluntary Dismissal (2:19-cv-00605-KJM-DB-P)